Nos. 89 and 90. ALABAMA PUBLIC SERVICE COMMISSION ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO.

■ *Per Curiam:* Judgments reversed. *Alabama Public Service Comm'n* v. *Southern R. Co.,* 341 U. S. 341. MR. JUSTICE FRANKFURTER and

Mr. Justice Jackson adhere to the views expressed in their concurring opinion in *Alabama Public Service Comm'n* v. *Southern R. Co.*, 341 U. S. 341, 351, as to the jurisdictional issue in these cases. *Si Garrett*, Attorney General of Alabama, *M. Roland Nachman, Jr.* and *Wallace L. Johnson*, Assistant Attorneys General, for appellants. *Robert E. Steiner, Jr.* and *Sam Rice Baker* for appellee.